

# TORRICELLA LAW

*Via ECF* - January 22, 2025

*OK, conference is rescheduled for February 6 at 11:00 a.m.*

The Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 24A
New York, NY 10007

*Colleen McMahon*
*1/22/2025*

    Re: *Insured Advocacy Group, LLC v. On Point Estimating & Appraisals and Thomas J. Morgan, Jr.*
        Case No.: 1:24-cv-08543-CM
        Supplement to Letter Motion Requesting that Initial Pretrial Conference Be Postponed or Conducted Via telephone

Dear Judge McMahon:

    On January 21, 2025, the undersigned counsel for Plaintiff, Insured Advocacy Group, LLC ("Plaintiff"), submitted a letter motion requesting that the initial pretrial conference in this matter, which currently is scheduled to take place in person on January 23, 2025, be postponed until after the parties have had a chance to prepare a joint proposed scheduling order or, alternatively, that it be conducted via telephone conference (or Zoom) instead of in person.

    I have been authorized by counsel for the Defendants, Leonard S. Spinelli, to represent to the Court that Defendants do not object to postponement of the initial pretrial conference or to the pretrial conference being conducted via telephone conference (or Zoom) instead of in person.

    Should your Honor require anything further, please do not hesitate to contact the undersigned.

    Thank you for your time and for your consideration in this matter.

                              Respectfully submitted,

                              *Maurice J. Baumgarten*
                              Maurice J. Baumgarten